IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 25-cv-00089-PAB

S.S., a minor child, and
ROBIN SUSON, next best friend,

      Plaintiffs,

v.

PROGRESSIVE DIRECT INSURANCE COMPANY, a foreign corporation licensed to
conduct business in Colorado,

      Defendant.

---

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

---

This matter is before the Court on the Order and Recommendation of United

States Magistrate Judge [Docket No. 11].  The Recommendation states that objections

to the Recommendation must be filed within fourteen days after its service on the

parties.  Docket No. 11 at 3; *see also* 28 U.S.C. § 636(b)(1)(C).  The Recommendation

was served on January 27, 2025.  No party has objected to the Recommendation.

In the absence of an objection, the district court may review a magistrate judge's

recommendation under any standard it deems appropriate.  *See Summers v. Utah*, 927

F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It

does not appear that Congress intended to require district court review of a magistrate's

factual or legal conclusions, under a *de novo* or any other standard, when neither party

objects to those findings.").  In this matter, the Court has reviewed the Recommendation

to satisfy itself that there is "no clear error on the face of the record."[1]  Fed. R. Civ. P.

72(b), Advisory Committee Notes.  Based on this review, the Court has concluded that

the Recommendation is a correct application of the facts and the law.

Accordingly, it is

**ORDERED** that the Order and Recommendation of United States Magistrate

Judge [Docket No. 11] is **ACCEPTED**.  It is further

**ORDERED** that the Unopposed Motion to Remand [Docket No. 10] is

**GRANTED**.  It is further

**ORDERED** that this matter is remanded, pursuant to 28 U.S.C. § 1447(c), to the

District Court for Denver County, Colorado, where the case was filed as case number

2024CV33034.  It is further

**ORDERED** that this case is closed.

DATED February 13, 2025.

BY THE COURT:

PHILIP A. BRIMMER
Chief United States District Judge

---

[1] This standard of review is something less than a "clearly erroneous" or "contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review.  Fed. R. Civ. P. 72(b).